THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES E. AUSTIN, Appellant. [730 NYS2d 757] —Judgment unanimously affirmed (*see, People v Allen,* 82 NY2d 761, 763). (Appeal from Judgment of Supreme Court, Erie County, Buscaglia, J.—Assault, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Burns and Lawton, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID L. JONES, Appellant. [731 NYS2d 418] —Judgment unanimously affirmed. Memorandum: On appeal from a judgment convicting him of rape in the third degree (Penal Law § 130.25 [2]) and other crimes, defendant challenges the procedure used at sentencing to determine his risk assessment classification pursuant to the Sex Offender Registration Act (Correction Law art 6-C). Contrary to the contention of defendant, he may not challenge that procedure upon appeal from a judgment of conviction entered prior to January 1, 2000 (*see, People v Campbell,* 279 AD2d 715, 715-716; *see also, People v Kearns,* 95 NY2d 816, 817-818). In any event, defendant failed to preserve that challenge for our review because he failed to raise it in County Court (*see, People v Campbell, supra,* at 716). (Appeal from Judgment of Ontario County Court, Harvey, J.—Rape, 3rd Degree.) Present—Pigott, Jr., P. J., Pine, Wisner, Burns and Lawton, JJ.